**COOPER & FORBES**
*166 Main Street*
*Painesville, OH 44077*
**Phone: 440-357-6211**

To: Marty and Debbie Maniaci
10100 Pinecrest
Concord, OH 44077

Date: 3/24/2011

Regarding: DJM Holdings Ltd. - Chapter 11
Invoice No: 56646

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 9/25/2010 | GEF | Conference with client | 3.00 | $275.00 | $825.00 |
| 10/11/2010 | GEF | Voice mail message for creditor | 0.10 | $275.00 | $27.50 |
| 10/13/2010 | GEF | Letter to creditor | 0.10 | $275.00 | $27.50 |
| 10/13/2010 | GEF | Telephone conference with client | 0.20 | $275.00 | $55.00 |
| 10/15/2010 | CAS | Professional Service review fax; to GEF | 0.20 | $100.00 | $20.00 |
| 10/18/2010 | GEF | Telephone conference with client | 0.20 | $275.00 | $55.00 |
| 10/25/2010 | GEF | Sent E-mail to client | 0.20 | $275.00 | $55.00 |
| 10/26/2010 | GEF | Review and revision of documents | 0.20 | $275.00 | $55.00 |
| 10/28/2010 | CAS | Professional Service update and revise petition and schedules; prepare attorney documents; match real estate/mortgages | 3.20 | $100.00 | $320.00 |
| 10/28/2010 | GEF | Telephone conference with client (Deb Maniaci) regarding signing approintment and other issues | 0.20 | $275.00 | $55.00 |
| 10/29/2010 | GEF | Final review of petition and schedules, supervision of execution, review of attorney documents, strategy discussion | 2.00 | $275.00 | $550.00 |
| 10/29/2010 | GEF | Fax to Cuyahoga County Sheriff regarding Sheriff Sale | 0.20 | $250.00 | $50.00 |
| 10/29/2010 | GEF | Professional Service conference with clients to sign and file | 3.00 | $275.00 | $825.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2010 | CAS | Professional Service finish filing Schedules, etc.; file legal descriptions | 0.00 | $100.00 | No Charge |
|  |  |  | 0.40 |  | No Charge |
| 11/04/2010 | GEF | Telephone conference with client (2x), voicemail for UST regarding setting up IDI | 0.20 | $275.00 | $55.00 |
| 11/05/2010 | GEF | Voice message to US Trustee | 0.10 | $275.00 | $27.50 |
| 11/08/2010 | GEF | RE: DJM Holdings  E-mail to opposing attorney | 0.10 | $275.00 | $27.50 |
| 11/09/2010 | CAS | Professional Service review email from UST; save IDI documents; calendar | 0.30 | $100.00 | $30.00 |
| 11/11/2010 | DLC | Notices to stay - make copies, coallate copies, prepare all docs for mailing | 0.00 | $75.00 | No Charge |
|  |  |  | 1.97 |  | No Charge |
| 11/11/2010 | DLC | Preparation of cover letters for notices to stay | 0.83 | $75.00 | $62.25 |
| 11/12/2010 | DLC | Prepared correspondence to client | 0.20 | $75.00 | $15.00 |
| 11/12/2010 | GEF | Telephone conference with tenant | 0.20 | $275.00 | $55.00 |
| 11/16/2010 | GEF | Voice mail message for opposing attorney Brian Green | 0.10 | $275.00 | $27.50 |
| 11/16/2010 | GEF | Correspondence to servicer | 0.20 | $275.00 | $55.00 |
| 11/16/2010 | GEF | Telephone conference with Marty Maniaci regarding IDI | 0.20 | $275.00 | $55.00 |
| 11/16/2010 | GEF | Telephone conference with Dave Kozlowski regarding rescheduling of IDI | 0.20 | $275.00 | $55.00 |
| 11/17/2010 | GEF | Review of documents and correspondence to client | 0.20 | $275.00 | $55.00 |
| 11/22/2010 | GEF | Telephone conference with Brian Green | 0.20 | $275.00 | $55.00 |
| 11/23/2010 | GEF | Reviewed correspondence, correspondence to client | 0.10 | $275.00 | $27.50 |
| 11/24/2010 | CAS | Professional Service review emails received | 0.20 | $100.00 | $20.00 |
| 11/24/2010 | GEF | FW: DJM Holdings, LTD 10-20758  review and forward UST message | 0.10 | $275.00 | $27.50 |
| 12/02/2010 | GEF | Voice mail message to insurance agent regarding UST requirements | 0.10 | $275.00 | $27.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/2010 | GEF | Telephone conference with Marty Maniaci regarding upcoming meeting | 0.30 | $275.00 | $82.50 |
| 12/09/2010 | GEF | Telephone conference - miscellaneous - section 8 | 0.20 | $275.00 | $55.00 |
| 12/09/2010 | GEF | Conference with client to prepare for 341 | 2.40 | $275.00 | $660.00 |
| 12/09/2010 | GEF | Telephone conference with client regarding section 8 | 0.20 | $275.00 | $55.00 |
| 12/27/2010 | GEF | Reviewed correspondence and email to opposing attorney | 0.20 | $275.00 | $55.00 |
| 1/03/2011 | GEF | Preparation of responses to motions for relief from stay | 1.00 | $275.00 | $275.00 |
| 1/04/2011 | GEF | Review of correspondence and correspondence to opposing attorney | 0.20 | $275.00 | $55.00 |
| 1/05/2011 | DLC | Voice mail message to client regarding responses to motions to stay | 0.10 | $75.00 | $7.50 |
| 1/13/2011 | CAS | Professional Service review various MFR's | 0.30 | $100.00 | $30.00 |
| 1/14/2011 | CAS | Professional Service review various MFR's filed with court | 0.40 | $100.00 | $40.00 |
| 1/17/2011 | CAS | Professional Service scan various MFR's | 0.50 | $100.00 | $50.00 |
| 1/17/2011 | CAS | Professional Service review voicemail from client; fax blank forms | 0.30 | $100.00 | $30.00 |
| 1/17/2011 | GEF | Telephone conference with client | 0.20 | $275.00 | $55.00 |
| 1/17/2011 | GEF | Voicemail for Faye English | 0.10 | $275.00 | $27.50 |
| 1/19/2011 | CAS | Professional Service review scan and save various MFR's | 0.50 | $100.00 | $50.00 |
| 1/19/2011 | CAS | Professional Service review fax from client | 0.20 | $100.00 | $20.00 |
| 1/20/2011 | DLC | Investigation of docket to verify responses | 0.10 | $75.00 | $7.50 |
| 1/20/2011 | DLC | Preparation of response to motion for relief from stay on 17274 McCracken Road, Maple Heights | 0.30 | $75.00 | $22.50 |
| 1/21/2011 | CAS | Professional Service review various emails | 0.30 | $100.00 | $30.00 |
| 1/24/2011 | GEF | RE: DJM<br>E-mail to opposing attorney re: upcoming hearing | 0.10 | $275.00 | $27.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/24/2011 | GEF | RE: DJM<br>E-mail to opposing attorney (2d) | 0.10 | $275.00 | $27.50 |
| 1/25/2011 | CAS | Professional Service review various emails from court | 0.40 | $100.00 | $40.00 |
| 1/25/2011 | GEF | Attendance at hearings | 1.00 | $275.00 | $275.00 |
| 1/25/2011 | GEF | Travel | 1.00 | $125.00 | $125.00 |
| 1/26/2011 | GEF | RE: DJM<br>2 emails re: monthly reports, projections, and accounting issues | 0.30 | $275.00 | $82.50 |
| 1/27/2011 | GEF | RE: 5165 Arch St., Maple Heights 44137<br>E-mail to client re: arch | 0.20 | $275.00 | $55.00 |
| 1/27/2011 | GEF | Email RE: operating reports, plan | 0.10 | $275.00 | $27.50 |
| 2/01/2011 | GEF | Travel | 1.00 | $125.00 | $125.00 |
| 2/01/2011 | GEF | Meeting at Maple Heights City Hall with representatives of Debtor, Attorney Doyle, Attorney Mehling, and building department officials to determine course of action going forward as to maintenance and code and allegaed code violations. | 2.30 | $275.00 | $632.50 |
| 2/02/2011 | DLC | Preparation of motions for continuance for 2-15-11, sort out docket to determine which cases are set for 2-15-11 | 2.70 | $75.00 | $202.50 |
| 2/02/2011 | DLC | Preparation of Motions for continuances, changes to orders per Glenn | 3.88 | $75.00 | $291.00 |
| 2/03/2011 | GEF | RE: DJM Holdings, 17274 McCracken Road, Maple Heights, OH 44137<br>E-mail to opposing attorney | 0.10 | $275.00 | $27.50 |
| 2/04/2011 | GEF | Conference with Debbie Maniaci regarding outline for disclosure statement, projections, potential cash flow in plan, revision of drafts of operating reports, strategy, Maple Heights issues, and negotiations with secured creditors. | 3.10 | $275.00 | $852.50 |
| 2/05/2011 | GEF | Excel documents<br>E-mail to client | 0.10 | $275.00 | $27.50 |
| 2/08/2011 | DLC | Preparation of Motions for continuance of hearings on 3-1-11 | 0.30 | $75.00 | $22.50 |
| 2/09/2011 | GEF | RE: 10-20758-aih Motion to Continue/Reschedule | 0.10 | $275.00 | $27.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Hearing - Chapter 11 E-mail to opposing attorney | | | |
| 2/09/2011 | GEF | RE: DJM files- APP E-mail to opposing attorney | 0.10 | $275.00 | $27.50 |
| 2/12/2011 | GEF | Voice mail message to client in response to their voicemail and Blair Mehling's voicemal | 0.10 | $275.00 | $27.50 |
| 2/15/2011 | CAS | Professional Service assemble, scan and file operating reports for November, December, January and 2009 tax documents | 0.00 | $100.00 | No Charge |
| | | | 0.50 | | No Charge |
| 2/15/2011 | CAS | Professional Service email to Ken Goodman | 0.10 | $100.00 | $10.00 |
| 2/17/2011 | DLC | Preparation of response to motion for relief from stay - 5611 South Boulevard | 0.30 | $75.00 | $22.50 |
| 2/17/2011 | DLC | Email to Faye English and Romi Fox | 0.10 | $75.00 | $7.50 |
| 2/17/2011 | DLC | Preparation of response to motion for relief from stay - 5645 Waterbury Avenue | 0.30 | $75.00 | $22.50 |
| 2/21/2011 | GEF | Prepared correspondence to client regarding Chase | 0.10 | $275.00 | $27.50 |
| 2/22/2011 | DLC | Prepared correspondence to client - copies of motions to stay | 0.10 | $75.00 | $7.50 |
| 2/22/2011 | DLC | Convert and file responses to motions for relief from stay | 0.40 | $75.00 | $30.00 |
| 2/23/2011 | DLC | Prepared correspondence to client | 0.20 | $75.00 | $15.00 |
| 2/28/2011 | GEF | Email to opposing attorney | 0.10 | $275.00 | $27.50 |
| 3/01/2011 | DLC | Preparation of Responses to Motions for Relief from Stay | 0.87 | $75.00 | $65.25 |
| 3/02/2011 | GEF | Telephone conference with Maple Heights Prosecutor's office | 0.20 | $275.00 | $55.00 |
| 3/03/2011 | GEF | FW: DJM Holdings / CH 11 Case No. 10-20758 Review correspondence, correspondence to client E-mail to opposing attorney | 0.10 | $275.00 | $27.50 |
| 3/03/2011 | GEF | Telephone conference with Debbie Maniaci - regarding overdue water bills | 0.20 | $275.00 | $55.00 |
| 3/11/2011 | DLC | Preparation of motionf or relief from stay - 20607 Gardenview | 0.30 | $75.00 | $22.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2011 | GEF | Review of fax | 0.10 | $275.00 | $27.50 |
| 3/14/2011 | DLC | Sent E-mail to client | 0.10 | $75.00 | $7.50 |
| 3/15/2011 | GEF | Telephone conference with Debbie Maniaci | 0.30 | $275.00 | $82.50 |
| 3/15/2011 | GEF | Review of court's order | 0.10 | $275.00 | $27.50 |
| 3/15/2011 | LDC | Attendance at hearing | 1.00 | $275.00 | $275.00 |
| 3/16/2011 | GEF | Telephone conference with Debbie Maniaci regarding escrowing taxes | 0.20 | $275.00 | $55.00 |
| 3/16/2011 | GEF | Telephone conference with Marty Maniaci (2x) | 0.40 | $275.00 | $110.00 |
| 3/17/2011 | GEF | Sent E-mail to client | 0.10 | $275.00 | $27.50 |
| 3/18/2011 | DLC | Prepared correspondence to client | 0.10 | $75.00 | $7.50 |
| 3/18/2011 | DLC | Prepared correspondence to client - copy of response | 0.10 | $75.00 | $7.50 |
| 3/18/2011 | GEF | Meeting at the City of Maple Heights | 2.00 | $275.00 | $550.00 |
| 3/20/2011 | GEF | Documents review docket and agreed orders and forward same to client | 0.30 | $275.00 | $82.50 |
| 3/21/2011 | DLC | Prepared correspondence to client | 0.10 | $75.00 | $7.50 |
| 3/21/2011 | DLC | Telephone conference with Debbie, she sent us her original operating report and needed a copy to do February's report | 0.10 | $75.00 | $7.50 |
| 3/22/2011 | GEF | Professional Service Telephone conference with client re: status, motions for relief, strategy | 0.50 | $275.00 | $137.50 |
| 3/23/2011 | GEF | Review of operating statement | 0.20 | $275.00 | $55.00 |
| 3/23/2011 | GEF | Preparation of Response to Motion of US Trustee to Convert or Dismiss | 0.10 | $275.00 | $27.50 |
| 3/23/2011 | GEF | Preparation of Motion for Reconsideration | 0.40 | $275.00 | $110.00 |
| 3/23/2011 | GEF | Preparation of Memorandum in Support of Motion for Reconsideration | 0.40 | $275.00 | $110.00 |

Sub Total: Case Administration $10,238.50

**Plan & Disclosure Stmt.**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/02/2011 | GEF | Professional Service<br>Prepare draft disclosure statement | 0.90 | $275.00 | $247.50 |
| 3/23/2011 | CAS | Professional Service various revisions to Disclosure Statement; draft Motion to Serve Disclosure Statement via Compact Disc; draft proposed Order regarding same; draft Order and Notice of Hearing on Disclosure Statement and Plan; retrieve CM/ECF sergvice and regular mailing list; prepare two faxes to client for review and signature; assemble Disclosure Statement, Plan for filng with Court; scan verifications to client file. | 5.20 | $100.00 | $520.00 |

    Sub Total: Plan & Disclosure Stmt.      $767.50

    Total Fees      $11,006.00

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| **Case Administration** | | | |
| 11/12/2010 | Postage for mailing Notices to Stay Proceedings | 1.00 | $32.23 |
| 11/15/2010 | Copy costs for Notices to Stay Proceedings | 556.00 | $27.80 |

    Sub Total: Case Administration      $60.03

    Total Expenses      $60.03

    Total New Charges      $11,066.03

    Previous Balance      $0.00

*Phase Table*

| Phase | Hours | Fees | Charges |
|---|---|---|---|
| Asset Analysis and Recovery | 0.00 | $0.00 | $0.00 |
| Asset Disposition | 0.00 | $0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 | $0.00 |
| Case Administration | 53.95 | $10,238.50 | $10,298.53 |
| Claims Administration | 0.00 | $0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Fee/Employment Applications | 0.00 | $0.00 | $0.00 |
| Fee/Employment Objections | 0.00 | $0.00 | $0.00 |
| Financing | 0.00 | $0.00 | $0.00 |
| Litigation | 0.00 | $0.00 | $0.00 |
| Plan & Disclosure Stmt. | 6.10 | $767.50 | $767.50 |
| (None) | 0.00 | $0.00 | $0.00 |

Balance Due     $11,066.03

New Balance of Retainer     $5,000.00