**COOPER & FORBES**
*166 Main Street*
*Painesville, OH 44077*
*Phone: 440-357-6211*

To: Marty and Debbie Maniaci
     10100 Pinecrest
     Concord, OH 44077

Date: 6/01/2011

Regarding: DJM Holdings Ltd. - Chapter 11
Invoice No: 57571

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 3/02/2011 | DLC | Preparation of response to motion for relief | 0.50 | $75.00 | $37.50 |
| 3/24/2011 | GEF | Revision of documents | 0.50 | $275.00 | $137.50 |
| 3/24/2011 | GEF | Telephone conference with opposing attorney | 0.20 | $275.00 | $55.00 |
| 3/25/2011 | DLC | Preparation of response to MFR - 20607 Gardenview Drive | 0.30 | $75.00 | $22.50 |
| 3/25/2011 | GEF | Revision of documents - Response to MFR | 0.20 | $275.00 | $55.00 |
| 3/25/2011 | GEF | Telephone conference with opposing attorney | 0.20 | $275.00 | $55.00 |
| 3/25/2011 | GEF | Telephone conference with client regarding South Drive property | 0.20 | $275.00 | $55.00 |
| 3/25/2011 | GEF | Reveiw of Response to MFR - 20607 Gardenview | 0.20 | $275.00 | $55.00 |
| 3/30/2011 | DLC | Voice mail message | 0.10 | $75.00 | $7.50 |
| 3/30/2011 | GEF | Voice mail message for opposing attorney | 0.10 | $275.00 | $27.50 |
| 4/07/2011 | DLC | Sent E-mail to client | 0.10 | $75.00 | $7.50 |
| 4/08/2011 | GEF | Preparation of response to Objection of The Bank Of New York Mellon Corporation to the confirmation of plan | 0.20 | $275.00 | $55.00 |
| 4/08/2011 | GEF | Preparation of response to objection of Deutsche Bank - 19769 Maple Heights Blvd. | 0.20 | $275.00 | $55.00 |
| 4/08/2011 | GEF | Preparation of response to objection of Deutsche Bank - 14907 Tokay Avenue | 0.20 | $275.00 | $55.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/12/2011 | GEF | Voice mail message for tenant | 0.10 | $275.00 | $27.50 |
| 4/13/2011 | DLC | Sent E-mail to client re: creditor's offer | 0.10 | $75.00 | $7.50 |
| 4/14/2011 | DLC | Sent E-mail to client re: correspondence from Reimer firm | 0.10 | $75.00 | $7.50 |
| 4/15/2011 | GEF | Telephone conversation with creditor's attorney | 0.50 | $275.00 | $137.50 |
| 4/19/2011 | GEF | Prepared correspondence to client | 0.20 | $275.00 | $55.00 |
| 4/20/2011 | GEF | Preparation of responses to various objections | 1.00 | $275.00 | $275.00 |
| 4/20/2011 | GEF | Sent E-mail to client re: creditor proposal | 0.10 | $275.00 | $27.50 |
| 4/21/2011 | DLC | Email to Kim Van Tassel re: her proposal | 0.10 | $75.00 | $7.50 |
| 4/21/2011 | GEF | Preparation of order | 0.10 | $275.00 | $27.50 |
| 4/22/2011 | DLC | Email to Trustee re: application for compensation | 0.10 | $75.00 | $7.50 |
| 4/22/2011 | GEF | RE: DJM Holdings Chapter 11 E-mail to opposing attorney | 0.10 | $275.00 | $27.50 |
| 4/25/2011 | GEF | Voice mail message for opposing attorney | 0.10 | $275.00 | $27.50 |
| 4/25/2011 | GEF | Telephone conference with client | 0.60 | $275.00 | $165.00 |
| 4/25/2011 | GEF | Review of various motions | 0.20 | $275.00 | $55.00 |
| 4/25/2011 | GEF | Preparation for hearing | 0.30 | $275.00 | $82.50 |
| 4/25/2011 | GEF | RE: DJM E-mail to opposing attorney re: whether Pinecrest property is part of case | 0.20 | $275.00 | $55.00 |
| 4/26/2011 | GEF | Telephone conference with client re: status | 0.50 | $275.00 | $137.50 |
| 4/26/2011 | GEF | Attendance at hearing on disclosure statement | 2.40 | $275.00 | $660.00 |
| 4/26/2011 | GEF | Travel | 1.30 | $125.00 | $162.50 |
| 4/29/2011 | DLC | Prepared correspondence to client | 0.10 | $75.00 | $7.50 |
| 4/29/2011 | GEF | Responses to motions for relief from stay | 0.40 | $275.00 | $110.00 |
| 4/29/2011 | GEF | Responses to objections to plan of CitiMortgage and SunTrust | 0.40 | $275.00 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.: 57571 | | | | COOPER & FORBES | |
| Date: 6/01/2011 | | | | Page No. 3 | |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/29/2011 | GEF | Sent E-mail to client | 0.20 | $275.00 | $55.00 |
| 5/05/2011 | DLC | Prepared correspondence to client | 0.10 | $75.00 | $7.50 |
| 5/06/2011 | DLC | Preparation of Documents - Amendments to schedule B | 0.30 | $75.00 | $22.50 |
| 5/06/2011 | GEF | Professional Service<br>Revise draft amendment | 0.20 | $275.00 | $55.00 |
| 5/06/2011 | GEF | Professional Service<br>Telephone conference with client re: BPO's, charts | 0.20 | $275.00 | $55.00 |
| 5/07/2011 | GEF | Professional Service<br>Telephone conference with client | 0.30 | $275.00 | $82.50 |
| 5/09/2011 | GEF | Telephone conference with client | 0.20 | $275.00 | $55.00 |
| 5/10/2011 | DLC | Prepared correspondence to client | 0.10 | $75.00 | $7.50 |
| 5/10/2011 | GEF | Amendments to Disclosure Statement and Plan | 1.00 | $275.00 | $275.00 |
| 5/11/2011 | GEF | Conference with client regarding amended disclosure statement and plan and discussion of further charts and graphs needed to explain amended disclosure statement and plan. | 1.90 | $275.00 | $522.50 |
| 5/12/2011 | GEF | Professional Service - Further revision of disclosure statement and plan. | 0.50 | $275.00 | $137.50 |
| 5/12/2011 | GEF | Preparation of correspondence to Ed Boll regarding 5317 Thomas Street | 0.20 | $275.00 | $55.00 |
| 5/12/2011 | GEF | Preparation of response to reply of FirstMerit to Order to Show Cause. | 0.20 | $275.00 | $55.00 |
| 5/12/2011 | GEF | Telephone conference with client - regarding amended plan | 0.20 | $275.00 | $55.00 |
| 5/12/2011 | GEF | Sent E-mail to client - amended plan | 0.10 | $275.00 | $27.50 |
| 5/13/2011 | GEF | Telephone conference with client - amortization issues | 0.20 | $275.00 | $55.00 |
| 5/13/2011 | GEF | Final revisions to plan, final review of exhibits and organization of exhibits, review and analysis | 1.90 | $275.00 | $522.50 |
| 5/16/2011 | DLC | Sent E-mail to opposing attorney - signed Agreed Order - 17274 McCracken Road | 0.20 | $75.00 | $15.00 |
| 5/16/2011 | GEF | Preparation of response to SunTrust's objection to plan | 0.20 | $275.00 | $55.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/17/2011 | GEF | Telephone conference with client | 0.20 | $275.00 | $55.00 |
| 5/18/2011 | GEF | Telephone conference with opposing attorney - Brian Green | 0.20 | $275.00 | $55.00 |
| 5/20/2011 | GEF | FW: DJM Holdings, 10-20758<br>E-mail to client re: proposal | 0.10 | $275.00 | $27.50 |
| 5/23/2011 | GEF | Preparation of response to Motion for Relief from Stay #237 | 0.20 | $275.00 | $55.00 |
| 5/23/2011 | GEF | Preparation of Motion for Relief from Stay #241 | 0.20 | $275.00 | $55.00 |
| 5/23/2011 | GEF | Preparation of Motion for Relief from Stay #239 | 0.20 | $275.00 | $55.00 |
| 5/24/2011 | DLC | Telephone conference with client regardng operating report | 0.10 | $75.00 | $7.50 |
| 5/24/2011 | GEF | Attendance at motion hearings | 0.50 | $275.00 | $137.50 |
| 5/24/2011 | GEF | Telephone conference with opposing attorney Faye English | 0.20 | $275.00 | $55.00 |
| 5/24/2011 | GEF | Preparation for hearings | 0.30 | $275.00 | $82.50 |
| 5/25/2011 | GEF | RE: DJM - Operating report<br>Review operating report | 0.20 | $275.00 | $55.00 |
| 5/26/2011 | GEF | Sent E-mail to client | 0.20 | $275.00 | $55.00 |
| 5/27/2011 | GEF | Telephone conference with client regarding results of Tuesday's hearing | 0.30 | $275.00 | $82.50 |
| 5/31/2011 | GEF | Sent E-mail to client | 0.10 | $275.00 | $27.50 |
| 5/31/2011 | GEF | Preparation of response to Motion for Relief [doc 252] | 0.20 | $275.00 | $55.00 |
| 5/31/2011 | GEF | Sent E-mail to client regarding notes on properties | 0.10 | $275.00 | $27.50 |
| 6/01/2011 | GEF | Preparation of correspondence to SunTrust | 0.10 | $275.00 | $27.50 |
| 6/01/2011 | GEF | Preparation of correspondence to Real Time Solutions | 0.10 | $275.00 | $27.50 |

　　　　　Sub Total: Case Administration　　　　　　　　　　　　　　　　　　　　　　$5,917.50

**Plan & Disclosure Stmt.**

| Date | | Description | Quantity | Rate | Charges |
|---|---|---|---|---|---|
| 3/28/2011 | CAS | Professional Service assemble cover letter, service list for mailing to creditors | 1.00 | $100.00 | $100.00 |
| | | | | Total Fees | $6,017.50 |

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| **Plan & Disclosure Stmt.** | | | |
| 3/28/2011 | Documentation Expenses for serving Disclosure Statement, Plan of Reorganization, Projected Income, Projected Expenses and Future Expenses, Order Granting Motion to Serve Disclosure Statement Via Compact Disc, Order and Notice of Hearing Regarding Disclosure Statement | 99.00 | $82.17 |
| 3/28/2011 | Postage Expenses for serving Disclosure Statement, Plan of Reorganization, Projected Income, Projected Expenses and Future Expenses, Order Granting Motion to Serve Disclosure Statement Via Compact Disc, Order and Notice of Hearing Regarding Disclosure Statement | 99.00 | $137.61 |
| 5/17/2011 | Documentation expenses for serving Amended Disclosure Statement | 71.00 | $23.43 |
| 5/17/2011 | Postage expenses for serving Amended Disclosure Statement | 71.00 | $90.88 |
| 5/17/2011 | Copy costs for serving Amended Schedules | 71.00 | $39.05 |
| 5/20/2011 | Postage expenses for serving Amended Schedules | 71.00 | $45.44 |
| 5/24/2011 | Copy costs for serving Responses | 14.00 | $7.70 |
| 5/24/2011 | Postage expenses for serving Amended Schedules | 14.00 | $11.76 |
| | Sub Total: Plan & Disclosure Stmt. | | $438.04 |
| | | Total Expenses | $438.04 |
| | Total New Charges | | $6,455.54 |
| | Previous Balance | | $11,066.03 |

*Phase Table*

| Phase | Hours | Fees | Charges |
|---|---|---|---|
| Asset Analysis and Recovery | 0.00 | $0.00 | $0.00 |
| Asset Disposition | 0.00 | $0.00 | $0.00 |

| | | | |
|---|---:|---:|---:|
| Business Operations | 0.00 | $0.00 | $0.00 |
| Case Administration | 23.90 | $5,917.50 | $5,917.50 |
| Claims Administration | 0.00 | $0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 | $0.00 |
| Fee/Employment Applications | 0.00 | $0.00 | $0.00 |
| Fee/Employment Objections | 0.00 | $0.00 | $0.00 |
| Financing | 0.00 | $0.00 | $0.00 |
| Litigation | 0.00 | $0.00 | $0.00 |
| Plan & Disclosure Stmt. | 1.00 | $100.00 | $538.04 |
| (None) | 0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total Payments and Credits | $-11,066.03 |
| Balance Due | $6,455.54 |
| Previous Balance of Retainer | $-1,039.00 |
| 11/01/2010  Deposit | $6,039.00 |
| 5/11/2011  Apply Funds to AR | $-5,000.00 |
| New Balance of Retainer | $0.00 |