**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 26, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: July 26, 2011**

_____
**Arthur I. Harris**
**United States Bankruptcy Judge**

_____

B10-01871                    FDE\sla

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DJM HOLDINGS, LTD | ) | CASE NO. 10-20758 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I HARRIS |
| | ) | |
| | ) | AGREED ORDER RESOLVING |
| | ) | OBJECTION OF AMERICAN HOME |
| | ) | MORTGAGE SERVICING, INC., its |
| | ) | successors and assigns TO |
| | ) | CONFIRMATION OF DEBTOR'S |
| | ) | CHAPTER 13 PLAN[DOC #137] |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 21304 Franklin Road |
| | ) | Maple Heights, Ohio  44137 |

This cause came to be considered this day upon the Objection of AMERICAN HOME MORTGAGE SERVICING, INC., its successors and assigns ("AHMSI") to Confirmation of the Debtor's Chapter 11 plan [Doc #137], due notice of Movant Objection having been given to all parties in interest.

It appearing to the Court that by agreement of AHMSI and the Debtor, as manifested by the signatures of their counsel at the end hereof, the Objection of AHMSI should be sustained to the extent set forth herein.

It appearing to the Court that AHMSI is a creditor of this estate, secured by a mortgage upon real estate located at 21304 Franklin Road, Maple Heights, Ohio 44137.

It further appearing to the Court that at the time of the commencement of the within bankruptcy case, AHMSI had a secured claim in the amount of $89,248.92.

It further appearing to the Court that by agreement of the parties AHMSI shall have an allowed secured claim for the amount of $76,100.00, and that said claim of AHMSI should be paid directly by the Debtor, amortized over thirty (30) years at an interest rate of 6% outside the Debtor's Chapter 11 plan. **The resolution herein is without prejudice to Debtor making further objection to the items allowed if they become an issue.**

IT IS THEREFORE ORDERED that for purposes of the Debtor's Chapter 11 plan, AHMSI shall have an allowed secured claim for the amount of $76,100.00, and that said claim of Bank of New York should be paid directly by the Debtor, amortized over thirty (30) years at an interest rate of 6%, **subject to objection to the claim by Debtor**, outside the Debtor's Chapter 11 plan, be and the same is hereby amended to conform therewith.

IT IS SO ORDERED.

# # #

SUBMITTED BY:


/s/ Faye D. English
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Faye D. English #0075557
Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No.   330-425-2155
fenglish@reimerlaw.com



APPROVED BY:


/s/ Glenn E. Forbes
Glenn E. Forbes #0005513
166 Main Street
Painesville, OH 44077
Phone No. 440-357-6211
Fax No.   440-357-1634
cooperandforbes@prodigy.net
Attorney for Debtor

**LIST OF PARTIES TO BE SERVED**

Served electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

1.  Office of the U.S. Trustee

2.  Glenn E. Forbes, Esq.
    gforbes@cooperandforbes.com
    Attorney for Debtor

3.  Faye D. English, Esq.
    bknotice@reimerlaw.com
    Attorney for Movant


Served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:

4.  DJM Holdings, LTD, Debtor
    10100 Pinecrest Road
    Concord, Ohio  44077

5.  Cuyahoga County Treasurer
    1219 Ontario St., Room 300
    Cleveland, OH 44113

6.  Martin A. Maniaci
    10100 Pinecrest Road
    Concord, Ohio  44077

7.  Deborah L. Maniaci, Co-Debtor
    10100 Pinecrest Road
    Concord, Ohio  44077